UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: | Jarrod Drader Dagley<br>Marci Diane Dagley | | Case No. | 24-26655 |
|---|---|---|---|---|
| | | | Chapter | 7 |
| | Debtor(s). | | Trustee: | Hoffman |

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION-REOPENING: ☐ Yes or ☑ No          CONVERSION (13 to 7): ☐ Yes or ☑ No
When changing debtor's address, please file a separate change of address form.
When amending schedules, please circle or underline the changes/additions.

2. SCHEDULES: A/B☐ C☐ D☐ E/F☑ G☐ H☐ I☐ J☐
Are you changing the address, amounts, etc., or adding a creditor?
Changing ☐ Adding ☑ (Amendment fee required for D, E/F; OR☐ IFP Waiver)

3. AMENDED AMOUNTS/TOTAL OF SCHEDULES: ☐
4. STATEMENT OF AFFAIRS: ☐
5. AMENDED CHAPTER 13 PLAN: ☐

If you have amended schedules D, E/F by adding a creditor or modifying the schedule, you owe $34.00 amendment fee. If adding a listed creditor's attorney, no fee is necessary.

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix. A certificate of mailing to creditors should be filed with the Clerk's office (see below).

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

| Jarrod Drader Dagley                    2/8/2024 | Marci Diane Dagley                    2/8/2024 |
|---|---|
| Debtor            Date | Debtor            Date |

U.S. Trustee's Office and Trustee have received notice of electronic filing of amendment(s)? Yes ☑ No ☐

Douglas L. Barrett 8845
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

☑   341 Notice to creditors added by this amendment.
☐   Discharge Notice to creditors added by this amendment.
☐   Amended Chapter 13 Plan to all creditors.

2/11/2025

DATED

Douglas L. Barrett 8845
ATTORNEY FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: | Jarrod Drader Dagley | | |
|---|---|---|---|
| | Marci Diane Dagley | Case No. | 24-26655 |
| | | Chapter | 7 |
| | Debtor(s). | Trustee: | Hoffman |

### AMENDED MATRIX
### $34 Fee Required
☐ IFP Waiver

File amended matrix with **ONLY** the amended creditors. File separate change of address form to change the debtor's address.
Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7)☐ Yes or☐ No

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors
added. A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a
scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch,
Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:** ☑ Adding   ☐ Correcting   ☐ Deleting
Please type the creditors' address(es) changes/additions below:

1) **America First Credit Union**
   P.O.Box 9199
   Ogden, UT 84409-0199

2) **David Billings**
   Fabian Vancott
   95 S State Street, #2300
   Salt Lake City, UT 84111

3) **Felix and Sons Transportation**
   27433 Arla St
   Moreno Valley, CA 92555

4) **Huntington National Bank**
   11100 Wayzata Blvd, #700
   Hopkins, MN 55305

5) **Payarc**
   411 W Putnum Ave
   Greenwich, CT 06830

6) **Southeastern Aluminum Products**
   PO Box 6427
   Jacksonville, FL 32236

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as
follows (please mark the appropriate lines(s):

☑ 341 Notice   ☐ Discharge Notice   ☐ Plan/Amended Plan

_2/11/2025_____

DATE

_____
Douglas L. Barrett 8845
ATTORNEY FOR DEBTOR(S)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jarrod Drader Dagley** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Marci Diane Dagley** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number    **24-26655**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

2.  **List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.**

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Check if this claim is for a  community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

Is the claim subject to offset?
☑ No
☐ Yes

☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notification Purpose**

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

**Total claim**

Debtor 1 **Jarrod Drader Dagley**
Debtor 2 **Marci Diane Dagley**

Case number (if known) **24-26655**

---

| 4.1 | **ADP, LLC** | Last 4 digits of account number | **7TCU** | $14,000.00 |

Nonpriority Creditor's Name
**1851 N Resler Dr**
**El Paso, TX 79912**
Number Street City State Zip Code

When was the debt incurred? **2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.2 | **Alliance Funding Group** | Last 4 digits of account number | **8047** | $1,000,000.00 |

Nonpriority Creditor's Name
**17542 17th Street, #200**
**Tustin, CA 92780**
Number Street City State Zip Code

When was the debt incurred? **2023-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.3 | **America First Credit Union** | Last 4 digits of account number | **XXXXXXXXXX XXXXXX** | **Unknown** |

Nonpriority Creditor's Name
**P.O.Box 9199**
**Ogden, UT 84409-0199**
Number Street City State Zip Code

When was the debt incurred? **2022-2025**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

| | | | |
|---|---|---|---|
| **4.4** | **Amex** | Last 4 digits of account number **9723** | **$4,623.00** |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 03/24  Last Active 12/13/24**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| | | | |
|---|---|---|---|
| **4.5** | **Amex** | Last 4 digits of account number **3473** | **$1,652.00** |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/18  Last Active 12/06/24**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| | | | |
|---|---|---|---|
| **4.6** | **Amex** | Last 4 digits of account number **7223** | **$5,472.00** |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**   **2019-2024**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)    **24-26655**

| 4.7 | **Amex** | Last 4 digits of account number | **3363** | **$754.00** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?    **2020-2024**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.8 | **Bank of America** | Last 4 digits of account number | **9852** | **$27,102.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/17  Last Active 12/12/24**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.9 | **Bank of America** | Last 4 digits of account number | **6299** | **$17,577.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?    **2019-2024**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)   **24-26655**

| 4.10 | **Barclays Bank Delaware** | Last 4 digits of account number | **8293** | **$5,288.00** |

Nonpriority Creditor's Name
**100 West St**
**Wilmington, DE 19801**
Number Street City State Zip Code

**When was the debt incurred?**   **2020-2024**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Credit Card**

| 4.11 | **Bluevine Capital Inc** | Last 4 digits of account number | **XXXXXXXXXX XXXXXX** | **$65,726.02** |

Nonpriority Creditor's Name
**401 Warren St, #300**
**Redwood City, CA 94063**
Number Street City State Zip Code

**When was the debt incurred?**   **2024-2025**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

| 4.12 | **Bottero Flat Glass, Inc** | Last 4 digits of account number | **XXXXXXXXXX XXX** | **$14,001.70** |

Nonpriority Creditor's Name
**121 Shields Park Dr, Suite J**
**Kernersville, NC 27284**
Number Street City State Zip Code

**When was the debt incurred?**   **2024**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)    **24-26655**

---

**4.1**
**3**

**Bow Apple**
Nonpriority Creditor's Name
**159-16 Union Tpke, #210**
**Queens, NY 11101**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
■ Yes

Last 4 digits of account number   **xxxxxxxxxx**
**xxxx**

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$90,000.00**

---

**4.1**
**4**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3364**

When was the debt incurred?   **Opened 10/15  Last Active 12/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

**$16,299.00**

---

**4.1**
**5**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2409**

When was the debt incurred?   **Opened 01/16  Last Active 12/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**$1,556.00**

---

Debtor 1    **Jarrod Drader Dagley**
Debtor 2    **Marci Diane Dagley**                                          Case number (if known)    **24-26655**

---

| 4.16 | **Capital One** | | | $6,364.00 |
|------|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **7250**

When was the debt incurred?    **2020-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.17 | **Centura Health / Common Spirit** | | | $3,041.36 |
|------|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 561425**
**Denver, CO 80256**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **xxxxxxxxxx
xxxxx**

When was the debt incurred?    **2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.18 | **Christensen Oil** | | | $6,237.99 |
|------|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 818**
**Provo, UT 84603-0818**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **5274**

When was the debt incurred?    **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)  **24-26655**

---

**4.19**

**Citibank**
Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **8390**

When was the debt incurred?  **Opened 06/17  Last Active 11/20/24**

$4,774.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.20**

**Citibank**
Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **3217**

When was the debt incurred?  **2020-2024**

$4,078.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

| 4.2 1 | **Citibank** | Last 4 digits of account number | **4274** | $24.00 |

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**
**Po Box 790040**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   **2020-2024**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| 4.2 2 | **Citibank/The Home Depot** | Last 4 digits of account number | **4567** | $5,926.00 |

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**
**Po Box 790040**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   **Opened 05/17  Last Active 11/21/24**

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Charge Account**

---

| 4.2 3 | **Comcast** | Last 4 digits of account number | **XXXXXXXXX** | $341.56 |

Nonpriority Creditor's Name

**PO Box 34744**
**Seattle, WA 98124-1744**
Number Street City State Zip Code

When was the debt incurred?   **2022-2024**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)  **24-26655**

| 4.2 4 | **Costco Citicard** | Last 4 digits of account number  **6874** | $6,176.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 78019**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred?  **2020-2024**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 5 | **CR laurence** | Last 4 digits of account number  **XXXXXXXXXX XXXXXX** | $26,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2503 E Vernon Ave**
**Los Angeles, CA 90058**
Number Street City State Zip Code

When was the debt incurred?  **2022-2024**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
■ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.2 6 | **David Billings** | Last 4 digits of account number  **XXXXXXXXXX XX** | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**Fabian Vancott**
**95 S State Street, #2300**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

When was the debt incurred?  **2022-2025**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice**

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)  **24-26655**

---

| 4.2 7 | | | |
|---|---|---|---|
| **Discover Financial** | Last 4 digits of account number | **5938** | **$12,878.00** |

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

When was the debt incurred?  **Opened 04/19  Last Active 12/03/24**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 8 | | | |
|---|---|---|---|
| **Discover Financial** | Last 4 digits of account number | **1332** | **$11,775.00** |

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

When was the debt incurred?  **2020-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 9 | | | |
|---|---|---|---|
| **Felix and Sons Transportation** | Last 4 digits of account number | **XXXXXXXXXX X** | **$2,500.00** |

Nonpriority Creditor's Name
27433 Arla St
Moreno Valley, CA 92555
Number Street City State Zip Code

When was the debt incurred?  **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1    **Jarrod Drader Dagley**
Debtor 2    **Marci Diane Dagley**

Case number (if known)    **24-26655**

---

| 4.3 0 | **Finance Pacific Leasing** | Last 4 digits of account number | **2971** | $100,000.00 |

Nonpriority Creditor's Name
**3455 S 344th Way, #300**
**Auburn, WA 98001-9546**
Number Street City State Zip Code

When was the debt incurred?    **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No

■ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.3 1 | **First Citizens Bank** | Last 4 digits of account number | **0394** | $300,000.00 |

Nonpriority Creditor's Name
**PO Box 856502**
**Minneapolis, MN 55485**
Number Street City State Zip Code

When was the debt incurred?    **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No

■ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.3 2 | **Future Hardware** | Last 4 digits of account number | **XXXXXXXXXX XXX** | $29,000.00 |

Nonpriority Creditor's Name
**Glass Warehouse, LLC**
**2864 Whiptail LP**
**Carlsbad, CA 92010**
Number Street City State Zip Code

When was the debt incurred?    **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No

■ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)    **24-26655**

---

**4.3
3**

**Glass Warehouse, LLC**
Nonpriority Creditor's Name
**1319 Rocky Pointe Dr, #200**
**Oceanside, CA 92056**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **xxxxxxxxxxx xxxx**

When was the debt incurred?    **2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$29,846.88**

---

**4.3
4**

**GreenSky**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**5565 Glenridge Connector Suite #700**
**Atlanta, GA 30342**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1554**

When was the debt incurred?    **Opened 06/23  Last Active 11/12/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

**$8,171.00**

---

**4.3
5**

**Guardian Glass**
Nonpriority Creditor's Name
**2300 Harmon Rd**
**Auburn Hills, MI 48326**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
■ Yes

Last 4 digits of account number    **xxxxxxxxxxx xxxx**

When was the debt incurred?    **2022-2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$100,000.00**

---

Debtor 1   Jarrod Drader Dagley
Debtor 2   Marci Diane Dagley

Case number (if known)   24-26655

---

| 4.3 6 | **Huntington National Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11100 Wayzata Blvd, #700**
**Hopkins, MN 55305**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    XXXXXXXXXX   XXXX

When was the debt incurred?    2022-2025

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

Unknown

---

| 4.3 7 | **IHC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**P.O. Box 30191**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    XXXXXXXXXX   X

When was the debt incurred?    2022-2025

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

$7,991.56

---

| 4.3 8 | **International Financial Services Corp** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1113 S Milwaukee Ave, #301**
**Libertyville, IL 60048**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number    8001

When was the debt incurred?    2023-2024

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

$300,000.00

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)    **24-26655**

---

| 4.3 9 | **IOU Financial** | Last 4 digits of account number | xxxxxxxxxx xxxx | $90,000.00 |

Nonpriority Creditor's Name
**600 Townpark Ln NW, #100**
**Kennesaw, GA 30144**
Number Street City State Zip Code

When was the debt incurred?    **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☐ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.4 0 | **JT Electric** | Last 4 digits of account number | 4009 | $134,663.00 |

Nonpriority Creditor's Name
**611 W 4330 S**
**Murray, UT 84123**
Number Street City State Zip Code

When was the debt incurred?    **2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.4 1 | **Kalamata Capital LLC** | Last 4 digits of account number | xxxxxxxxxx xx | $165,000.00 |

Nonpriority Creditor's Name
**7315 Wisconsin Ave**
**Bethesda, MD 20814**
Number Street City State Zip Code

When was the debt incurred?    **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☐ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

| | |
|---|---|
| **4.4** **2** | |

**Kimzey Software Solutions, Inc/GlassTrax**
Nonpriority Creditor's Name
**230 N 1680 E, Bldg S1**
**Saint George, UT 84790**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **xxxxxxxxxx** **x**

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**Unknown**

---

| | |
|---|---|
| **4.4** **3** | |

**Les Olson Company**
Nonpriority Creditor's Name
**3244 South 300 West**
**Salt Lake City, UT 84115**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **xxxxxxxxxx**

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$400.12**

---

| | |
|---|---|
| **4.4** **4** | |

**Manufaturers Financing Services**
Nonpriority Creditor's Name
**PO Box 51048**
**Newark, NJ 07101-5148**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
■ Yes

Last 4 digits of account number   **1129**

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$200,000.00**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

| 4.4 5 | **Manufacturers Financing Services** | Last 4 digits of account number | **0500** | **$200,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 51048**
**Newark, NJ 07101-5148**
Number Street City State Zip Code

When was the debt incurred?   **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.4 6 | **Manufacturers Financing Services** | Last 4 digits of account number | **1040** | **$180,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 402**
**Middletown, OH 45042**
Number Street City State Zip Code

When was the debt incurred?   **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.4 7 | **MAPPI** | Last 4 digits of account number | **XXXXXXXXXX** | **$115,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3888 Mannix Dr, #314**
**Naples, FL 34114**
Number Street City State Zip Code

When was the debt incurred?   **2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

**4.4
8**

**Momentum Recycling, LLC**
Nonpriority Creditor's Name
**657 S 4150 W**
**Salt Lake City, UT 84104**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **xxxxxxxxxx xxx**

When was the debt incurred?   **2024**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$1,399.88**

---

**4.4
9**

**Navient**
Nonpriority Creditor's Name
**PO Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1216**

When was the debt incurred?   **2022-2024**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Education**

**$2,555.00**

---

**4.5
0**

**Navient**
Nonpriority Creditor's Name
**PO Box 9425**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1216**

When was the debt incurred?   **2020-2024**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Education**

**$2,527.00**

---

Debtor 1    Jarrod Drader Dagley
Debtor 2    Marci Diane Dagley

Case number (if known)    24-26655

---

**4.5**
**1**

**Payarc**
Nonpriority Creditor's Name
**411 W Putnam Ave**
**Greenwich, CT 06830**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **8985**

When was the debt incurred?    **2022-2025**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Any personal** liability on debt incurd for **Complete Glass Utah, Inc**

**Unknown**

---

**4.5**
**2**

**Pentagon Federal Credit Union**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**2930 Eisenhower Ave**
**Alexandria, VA 22314**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    1385

When was the debt incurred?    2022-2024

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

$9,851.00

---

**4.5**
**3**

**Pleasant Grove Title Holder I, LLC**
Nonpriority Creditor's Name
**c/o Dakota Pacific Real Estate**
**299 South Main Street, #2450**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number    Complete Glass

When was the debt incurred?    6/1/2024

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Comercial Lease - Any personal liability on debt incurd for Complete Glass Utah, Inc

$2,500,000.00

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

| 4.5 | | | |
|---|---|---|---|
| 4 | **PRL Glass & Aluminum** | Last 4 digits of account number | XXXXXXXXXX XX | $400,000.00 |

Nonpriority Creditor's Name

**13644 Nelson Ave**
**La Puente, CA 91746**
Number Street City State Zip Code

When was the debt incurred?  **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.5 | | | |
|---|---|---|---|
| 5 | **Prosperum** | Last 4 digits of account number | XXXXXXXXXX XXX | $65,000.00 |

Nonpriority Creditor's Name

**15 W 36th Street, 11th Floor**
**New York, NY 10018**
Number Street City State Zip Code

When was the debt incurred?  **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.5 | | | |
|---|---|---|---|
| 6 | **Rocky Mountain Power** | Last 4 digits of account number | 9944 | $7,000.00 |

Nonpriority Creditor's Name

**Bankruptcy Clearinghouse**
**PO Box 26000**
**Portland, OR 97256-0001**
Number Street City State Zip Code

When was the debt incurred?  **2022-2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

| 4.5 7 | | | |
|---|---|---|---|

**Rocky Mountain Power**
Nonpriority Creditor's Name
**Bankruptcy Clearinghouse**
**PO Box 26000**
**Portland, OR 97256-0001**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XXXXXXXXX**

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$2,704.17**

---

| 4.5 8 | | | |
|---|---|---|---|

**Rush Crane Service**
Nonpriority Creditor's Name
**500 N 1200 E**
**Lehi, UT 84043**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **Complete**

When was the debt incurred?   **2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

**$2,970.00**

---

| 4.5 9 | | | |
|---|---|---|---|

**Sheffield Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1704**
**Clemmons, NC 27012**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2803**

When was the debt incurred?   **Opened 06/23  Last Active 11/20/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Secured**

**$11,147.00**

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)  **24-26655**

---

**4.6
0**

**Small Business Administration**
Nonpriority Creditor's Name
**Attn: District Counsel**
**125 S State Street, Room 2227**
**Salt Lake City, UT 84138**
Number Street City State Zip Code
Who Incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number  **7810**

When was the debt incurred?  **2022-2024**

$950,000.00

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **EIDL - Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

**4.6
1**

**Smart Builder**
Nonpriority Creditor's Name

Number Street City State Zip Code
Who Incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **XXXXXXXXXX
x**

When was the debt incurred?  **2024**

$0.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

**4.6
2**

**Smart Glazier**
Nonpriority Creditor's Name
**c/o Community Federal Savings Bank**
**89-16 Jamaca Ave**
**Woodhaven, NY 11421**
Number Street City State Zip Code
Who Incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **XXXXXXX**

When was the debt incurred?  **2022-2024**

$4,230.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1   Jarrod Drader Dagley
Debtor 2   Marci Diane Dagley

Case number (if known)   24-26655

---

| 4.6 3 | **Southeastern Aluminum Products** | Last 4 digits of account number | 9163 | | $263.00 |

**Southeastern Aluminum Products**
Nonpriority Creditor's Name
PO Box 6427
Jacksonville, FL 32236
Number Street City State Zip Code

Last 4 digits of account number   9163   $263.00

When was the debt incurred?   2022-2025

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Any personal liability on debt incurd for Complete Glass Utah, Inc

---

| 4.6 4 | **Spot On** | Last 4 digits of account number | XXXXXXXX XXXX | $5,000.00 |

**Spot On**
Nonpriority Creditor's Name
100 California St, 9th Floor
San Francisco, CA 94111
Number Street City State Zip Code

Last 4 digits of account number   XXXXXXXX XXXX   $5,000.00

When was the debt incurred?   2020-2024

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Any personal liability on debt incurd for Complete Glass Utah, Inc

---

| 4.6 5 | **SST, Inc / Tally Technologies** | Last 4 digits of account number | XXXXXXXXXX XXXXXX | $5,682.36 |

**SST, Inc / Tally Technologies**
Nonpriority Creditor's Name
PO Box 88059
Chicago, IL 60680
Number Street City State Zip Code

Last 4 digits of account number   XXXXXXXXXX XXXXXX   $5,682.36

When was the debt incurred?   2022-2025

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Collection

---

Debtor 1    **Jarrod Drader Dagley**
Debtor 2    **Marci Diane Dagley**

Case number (if known)    **24-26655**

---

4.6
6

### Synchrony Bank/Amazon
Nonpriority Creditor's Name
**PO Box 960013**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **9661**                              $1,695.00

When was the debt incurred?    **2020-2024**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

4.6
7

### Synchrony Bank/Furniture Row
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**PO Box 965061**
**Orlando, FL 32896-5061**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **3874**                              $3,793.00

When was the debt incurred?    **2020-2024**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

4.6
8

### Synchrony Bank/Sams Club
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**PO Box 965061**
**Orlando, FL 32896-5061**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **4603**                              $4,816.00

When was the debt incurred?    **2022-2024**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

**4.6
9**

| | |
|---|---|
| **Td Auto Finance** | Last 4 digits of account number   **7489**   |   **Unknown** |
| Nonpriority Creditor's Name | |

**Attn: Bankruptcy**
**Po Box 9223**
**Farmington Hills, MI 48333**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/19  Last Active 10/23/24**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **any amount still owing on auto laon.**

---

**4.7
0**

| | |
|---|---|
| **The Hartford** | Last 4 digits of account number   **2758**   |   **$13,064.25** |
| Nonpriority Creditor's Name | |

**PO Box 660916**
**Dallas, TX 75266-0916**
Number Street City State Zip Code

When was the debt incurred?   **2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

**4.7
1**

| | |
|---|---|
| **Truist Bank** | Last 4 digits of account number   **6248**   |   **$11,170.00** |
| Nonpriority Creditor's Name | |

**Po Box 849**
**Wilson, NC 27894**
Number Street City State Zip Code

When was the debt incurred?   **Opened 01/19  Last Active 09/24**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

| 4.7 2 | | | |
|---|---|---|---|
| **United Rentals** | Last 4 digits of account number | **6005** | **$124,484.25** |

Nonpriority Creditor's Name
**1551 S Pioneer Rd**
**Salt Lake City, UT 84104-4113**
Number Street City State Zip Code

When was the debt incurred?   **2024**

Who Incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

| 4.7 3 | | | |
|---|---|---|---|
| **Upgrage Inc** | Last 4 digits of account number | **2526** | **$10,106.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**275 Battery Street 23 Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

When was the debt incurred?   **2020-2024**

Who Incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| 4.7 4 | | | |
|---|---|---|---|
| **Upstart Finance** | Last 4 digits of account number | **5056** | **$49,120.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1503**
**San Carlos, CA 94070**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/24  Last Active 11/24**

Who Incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)   **24-26655**

---

**4.7**
**5**

**Upstart Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1503**
**San Carlos, CA 94070**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **4950**

When was the debt incurred?   **2020-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Purchases**

$3,489.00

---

**4.7**
**6**

**US Bank Equipment Finance**
Nonpriority Creditor's Name
**PO Box 790448**
**Saint Louis, MO 63179-0448**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number   **4000**

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

$400,000.00

---

**4.7**
**7**

**US BK Cacs**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **9931**

When was the debt incurred?   **2020-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

$5,368.00

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number *(if known)*   **24-26655**

---

**4.7**
**8**

**Velocity Capital Group, LLC**
Nonpriority Creditor's Name
**333 Pearsall Ave #105**
**Cedarhurst, NY 11516**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☐ No
■ Yes

Last 4 digits of account number   **XXX**   xxxxxxxxxx

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

$120,000.00

---

**4.7**
**9**

**Waste Managment**
Nonpriority Creditor's Name
**PO Box 7400**
**Pasadena, CA 91109**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XXXX**   xxxxxxxxxx

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

$1,500.00

---

**4.8**
**0**

**Waste Managment**
Nonpriority Creditor's Name
**PO Box 7400**
**Pasadena, CA 91109**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XX**   xxxxxxxxxx

When was the debt incurred?   **2022-2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any personal liability on debt incurd for Complete Glass Utah, Inc**

$798.12

---

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)   **24-26655**

| 4.8 1 | **Wells Fargo Bank NA** | Last 4 digits of account number | **1875** | **$2,464.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a 3rd Floor**
**Des Moines, IA 50328**
Number Street City State Zip Code

When was the debt incurred?   **Opened 05/19 Last Active 11/21/24**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

| 4.8 2 | **Wells Fargo Bank NA** | Last 4 digits of account number | **1579** | **$2,990.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a 3rd Floor**
**Des Moines, IA 50328**
Number Street City State Zip Code

When was the debt incurred?   **2020-2024**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ADP, LLC**
**Wage Garnishments**
**PO Box 221230**
**El Paso, TX 79912**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**ADP, LLC: PNC Bank c/o ADP, LLC**
**Lockbox #842875**
**20 Commerce Way, Ste 800**
**Woburn, MA 01801**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Amex**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1  **Jarrod Drader Dagley**
Debtor 2  **Marci Diane Dagley**

Case number (if known)    **24-26655**

P.o. Box 981537
El Paso, TX 79998

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Amex**
P.O. Box 981537
El Paso, TX 79998

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of America**
Po Box 982238
El Paso, TX 79998

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
Po Box 31293
Salt Lake City, UT 84131

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
Po Box 31293
Salt Lake City, UT 84131

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
Po Box 6217
Sioux Falls, SD 57117

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank/The Home Depot**
Po Box 6497
Sioux Falls, SD 57117

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comcast**
PO Box 60533
City of Industry, CA 91716

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comcast**
PO Box 34227
Seattle, WA 98124

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comcast Business**
400 White Clay Center Drive
Newark, DE 19711

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comcast Business**
P.O. Box 37601
Newark, DE 19711

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Financial**
Po Box 30939
Salt Lake City, UT 84130

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**                                   Case number (if known)   **24-26655**

---

| Name and Address | | |
|---|---|---|
| **Exeter 1057 W 700 S GP, LLC**<br>100 Matsonford Dr, #250<br>Radnor, PA 19087 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.53** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **GreenSky**<br>5565 Glenridge Connector<br>Atlanta, GA 30342 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS**<br>**Centralized Insolvency Operations**<br>PO Box 7346<br>Philadelphia, PA 19101 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS**<br>PO Box 802502<br>Cincinnati, OH 45280 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS**<br>PO Box 1235<br>Charlotte, NC 28201 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS**<br>178 S Rio Grande St<br>Salt Lake City, UT 84101 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS**<br>1973 Rulon White Blvd<br>Ogden, UT 84201 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS**<br>**ACS Correspondence**<br>PO Box 8208<br>Philadelphia, PA 19101 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **IRS - Office of Chief Counsel**<br>150 E Social Hall Ave, Ste 313A<br>Salt Lake City, UT 84111 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Navient**<br>123 Justison St<br>Wilmington, DE 19801 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Navient**<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Debtor 1   **Jarrod Drader Dagley**
Debtor 2   **Marci Diane Dagley**

Case number (if known)    **24-26655**

| Name and Address | | |
|---|---|---|
| **Sheffield Financial**<br>Po Box 849<br>Wilson, NC 27894 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Synchrony Bank**<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Synchrony Bank**<br>P.O. Box 965016<br>Orlando, FL 32896-5016 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Synchrony Bank**<br>PO Box 105972<br>Atlanta, GA 30348 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Synchrony Bank**<br>PO Box 965004<br>Orlando, FL 32896 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Synchrony Bank**<br>P.O. Box 965013<br>Orlando, FL 32896-5013 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Synchrony Bank**<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Td Auto Finance**<br>Po Box 9223<br>Farmington, MI 48333 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Upstart Finance**<br>2 Circle Star Way<br>San Carlos, CA 94070 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.74** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Wells Fargo Bank NA**<br>Po Box 393<br>Minneapolis, MN 55480 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.81** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| | 6a.   Domestic support obligations | 6a. | $ | 0.00 |
| **Total** | | | | |

| Debtor 1 | **Jarrod Drader Dagley** | | | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Marci Diane Dagley** | | | Case number (if known) | **24-26655** | |

| claims from Part 1 | | | | | |
|---|---|---|---|---|---|
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ | 0.00 |

| Total claims from Part 2 | | | | | |
|---|---|---|---|---|---|
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write all amount here. | 6i. | $ | 8,039,426.22 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 8,039,426.22 |